Certificate Number: 12433-PAE-DE-030356707

Bankruptcy Case Number: 17-16913



12433-PAE-DE-030356707

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 28, 2017</u>, at <u>2:42</u> o'clock <u>PM EST</u>, <u>Angela L. Sekel</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    <u>December 28, 2017</u>        By:    <u>/s/Lisa Susoev</u>

Name:    <u>Lisa Susoev</u>

Title:    <u>Teacher</u>