United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16913-ref
Angela Sekel                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: admin              Page 1 of 2            Date Rcvd: Mar 02, 2018
                             Form ID: 318             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.
```
db            +Angela Sekel,    1043 Alexander Drive,    Temple, PA 19560-9579
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13996528      +Arcadea Recovery,    P.O. Box 70256,    Philadelphia, PA 19176-0256
13996529      +Bryant State Bank Master Card,    P.O. box 2519,    Omaha, NE 68103-2519
13996531      +Childrens Place,    P.O. Box 659820,    San Antonio, TX 78265-9120
13996533      +Convengent Health Care Recoveries,    P.O. Box 6209 Dept D102,    Champaign, IL 61826-6209
13996534      +Convergent Healthcare Recoveries,    P.O. Box 1289,    Peoria, IL 61654-1289
13996535      +Fedloan,    P.O. Box 530210,    Atlanta, GA 30353-0210
13996537      +Home Depot,    P.O. Box 9001010,    Louisville, KY 40290-1010
13996539       NationStar,    PO Box 60516,    City of Industry, CA 91716-0516
13996540      +Ney York & Company,    P.O. Box 659728,    San Antonio, TX 78265-9728
13996541      +Patenaude & Felix,    4545 Murphy Canyon Road,    3rd Street,    San Diego, CA 92123-4363
13996542      +Patient First,    P.O. Box 758941,    Baltimore, MD 21275-8941
13996544      +Reading Health System,    P.O. Box 70894,    Philadelphia, PA 19176-5894
13996545      +Reading Health Systen,    P.O. Box 70894,    Philadelphia, PA 19176-5894
13996548      +Western Aliance Bank,    P.O. Box 742628,    Cincinnati, OH 45274-2628
13996549      +Western Alliance Bank,    P.O. Box 742628,    Cincinnati, OH 45274-2628
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QLEFELDMAN.COM Mar 03 2018 06:18:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
                221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 03 2018 01:27:01
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 03 2018 01:27:34     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13996530       EDI: CAPITALONE.COM Mar 03 2018 06:23:00      Capital One Bank,    PO Box 71083,
                Charlotte, NC 28272-1083
13996532      +E-mail/Text: loneal@freedomdebtrelief.com Mar 03 2018 01:28:01      Consolidation Plus,
                P.O. Box 204791,    Dallas, TX 75320-4791
13996536      +EDI: FSAE.COM Mar 03 2018 06:23:00      First Source Advanage,    205 Bryant Woods South,
                Buffalo, NY 14228-3609
13996543       EDI: PRA.COM Mar 03 2018 06:18:00      Portfolio Recovery,    P.O. Box 12914,    Norfolk, VA 23541
13997189      +EDI: PRA.COM Mar 03 2018 06:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
13996546      +E-mail/Text: bk@rgsfinancial.com Mar 03 2018 01:26:49      RGS financial,    P.O. Boxz 852039,
                Richardson, TX 75085-2039
13996547      +EDI: RMSC.COM Mar 03 2018 06:23:00      ToysRus,    P.O. Box 530938,    Atlanta, GA 30353-0938
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13996538         Lowes,    P.O. Box 530914
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: admin              Page 2 of 2              Date Rcvd: Mar 02, 2018
                              Form ID: 318             Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:
          JOSEPH T. BAMBRICK, JR.   on behalf of Debtor Angela  Sekel NO1JTB@juno.com
          LYNN E. FELDMAN   trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                                              TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Angela Sekel** | Social Security number or ITIN **xxx−xx−1796** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | | |
| Case number: **17−16913−ref** | | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    Angela Sekel
    fka Angela Crespo

    3/1/18                                                                **By the court:**   Richard E. Fehling
                                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                          **Order of Discharge**                                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**